**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON and COLUMBUS DIVISIONS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CASE NO. 5:21-CR-3-TES-CHW** |
| | : | |
| **ARMARD DAVIS** | : | |
| **a/k/a "BLACKJACK"** | : | |
| | : | |
| _____ | : | |

## NOTICE OF ENHANCED PENALTY

COMES NOW, the United States of America, by and through its attorney, the United States Attorney for the Middle District of Georgia, and pursuant to the provisions of Title 21, United States Code, Section 851(a), files this information setting forth facts concerning a prior serious drug felony conviction of Defendant, Armard Davis, which exposes Defendant to enhanced penalties if convicted.

(1)

On April 15, 2009, Defendant entered his plea of guilty to one count of Distribution of More than 5 Grams of Cocaine Base in Case Number 5:08-CR-00043-001-CAR in United States District Court in the Middle District of Georgia. Defendant was sentenced to imprisonment for a total term of 95 months. The Defendant served more than twelve (12) months of said sentence in prison with the United States Bureau of Prisons until April 25, 2014, and Defendant's release from said confinement was within fifteen years of commencement of the instant offense.

(2)

Said conviction is "final" within the meaning of Title 21, United States Code, Section 841(b).

(3)

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(ii), notice of the prior conviction in Paragraph 1 exposes Defendant to a mandatory minimum term of fifteen (15) years up to a maximum term of life imprisonment, a $20,000,000 fine, or both, and at least ten (10) years of supervised release, should he be convicted on Count One of the Indictment. Notice of the prior conviction in Paragraph 1 exposes Defendant to a mandatory minimum term of imprisonment of ten (10) years up to a maximum term of life imprisonment, an $8,000,000 fine, or both, and at least eight (8) years of supervised release, should he be convicted on Count Six of the Indictment. Notice of the prior conviction in Paragraph 1 exposes Defendant to a maximum term of thirty (30) years imprisonment, an $2,000,000 fine, or both, and at least six (6) years of supervised release, should he be convicted on Count Seven of the Indictment.

Respectfully submitted this 16th day of February, 2021.

PETER D. LEARY
ACTING UNITED STATES ATTORNEY

BY:     s/ William R. Keyes
        WILLIAM R. KEYES
        Assistant United States Attorney
        Georgia Bar Number 368650
        United States Attorney's Office
        Middle District of Georgia
        Post Office Box 1702
        Macon, Georgia 31202-1702
        Telephone: (478) 621-2635
        Fax: (478) 621-2655
        Email: william.r.keyes@usdoj.gov

## CERTIFICATE OF SERVICE

I, William R. Keyes, Assistant United States Attorney, hereby certify that on the 16th day of February, 2021, I filed the within and foregoing ***Notice of Enhanced Penalty*** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

PETER D. LEARY
ACTING UNITED STATES ATTORNEY

BY:    *s/ William R. Keyes*
        WILLIAM R. KEYES
        Assistant United States Attorney
        Georgia Bar Number 368650
        United States Attorney's Office
        Middle District of Georgia
        Post Office Box 1702
        Macon, Georgia 31202-1702
        Telephone: (478) 621-2635
        Fax: (478) 621-2655
        Email: william.r.keyes@usdoj.gov