

*U.S. Department of Justice*

*United States Attorney*
*Middle District of Georgia*

*Criminal Division*  *Phone (478)752-3511*
*Post Office Box 1702*  *Fax (478)621-2655*
*Macon, Georgia 31202*  *Fax (478)621-2656*

February 25, 2021

C. Brian Jarrard
Jarrard Law Group, LLC
4108 Arkwright Road, Suite 2
Macon, GA 31210

    RE:    <u>U.S. vs. Jarvis Lockett, et al</u>
             Case Number: 5-21-CR-3-TES

Dear Mr. Jarrard,

    Enclosed please find your external drive containing discovery materials in the above referenced matter. The drive is encrypted, and the password and discovery index were emailed to you on February 25, 2021.

    You will see in these materials that there are a number of folders to help organize the discovery materials. For example, there are folders for each investigating agency, along with folders broken down by the defendant's name. These folders are then broken into subfolders containing discovery materials related to specific stages of the investigation. These subfolders will include the reports and other materials related to those events.

    These folders include the most pertinent information regarding that defendant, including their intercepted calls/text messages. Please note, these folders may not include every single report and piece of evidence on each defendant but were created by the case agent to help organize and locate materials.

    There were a total of 5 lines that were intercepted during this investigation:

- TT1 - ███-3922 (Jarvis Lockett)
- TT2 - ███-0309 (Derrick Owens)
- TT3 - ███-7745 (Christopher Raines)
- TT4 - ███-4313 (Armard Davis)
- TT5 - ███-4666 (Jason Carter)

The line sheets and full interceptions for each of these lines can be found in the DEA folder.

    During the execution of search warrants at the defendant's residences, 16 electronic devices were seized and analyzed. The data on these devices amounts to over 530 gigabytes. The vast majority of this

February 25, 2021
Page 2 of 2

data is unrelated to this investigation, but if you would like to examine it, please contact me and I will arrange a time for you to meet with the agents.

As a reminder, Judge Self has entered a protective order covering these discovery materials. (See Doc. 162).

A confidential human source was used during the course of this investigation. I will be following up with some basic impeaching information on this source soon.

**Reciprocal Discovery.** This letter is also sent pursuant to Federal Rule 16(b) and constitutes the Government's request for pretrial discovery. Consequently, we request inspection and/or copies of the following disclosures:

a. Any and all documents or other physical objects intended to be introduced as exhibits of the Defendant at trial or which are prepared by a witness whom the Defendant intends to call at trial; and

b. Any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this case within the possession or control of the Defendant, which the Defendant intends to introduce as evidence at trial, or which are prepared by a witness whom the Defendant intends to call at trial when the results or reports relate to the testimony of such witness.

**Defense Notice**. Pursuant to Rule 12.1 of the Federal Rules of Criminal Procedure, the Government requests notice of any all alibi defenses. The Government further requests, pursuant to Rule 12.2 of the Federal Rules of Criminal Procedure, notice of an insanity defense and/or notice of expert evidence of a mental condition.

The government is tendering these documents pursuant to its obligation under the provision of Rule 16 of the Federal Rules of Criminal Procedure. As the obligation pursuant to Rule 16 is ongoing, the government will continue to provide you with any other relevant information pertaining to this case which is disclosed to the government.

Should you have any questions or concerns, please feel free to contact me.

    Sincerely,

    PETER D. LEARY
    ACTING UNITED STATES ATTORNEY

    */s/ William R. Keyes*
    William R. Keyes
    Assistant United States Attorney

cc:    Banumathi Rangarajan
    Trial Attorney
    Environmental Crimes Section

Enclosure

U.S. vs. Lockett, et al.  2020R00006
Government's Discovery Index

| Volume | BegDoc# | EndDoc# | Description | Date Produced | Sent to | Delivered via |
|---|---|---|---|---|---|---|
| 1 | USAO_0000001 | USAO_0002275 | DEA - Armard DAVIS | February 25, 2021 | Brian Jarrard | FedEx |
| 1 | USAO_0002276 | USAO_0002450 | DEA - Bryanna HOLMES | February 25, 2021 | Brian Jarrard | FedEx |
| 1 | USAO_0002451 | USAO_0003516 | DEA - Christopher RAINES | February 25, 2021 | Brian Jarrard | FedEx |
| 1 | USAO_0003517 | USAO_0003688 | Defendant TT calls PDFS - Brianna Holmes | February 25, 2021 | Brian Jarrard | FedEx |
| 1 | USAO_0003689 | USAO_0003819 | Defendant TT calls PDFS - Christopher Raines | February 25, 2021 | Brian Jarrard | FedEx |
| 1 | USAO_0003820 | USAO_0003926 | Defendant TT calls PDFS - Jason Carter-Owens calls TT2 | February 25, 2021 | Brian Jarrard | FedEx |
| 1 | USAO_0003927 | USAO_0004235 | Defendant TT calls PDFS - Lekey Davis | February 25, 2021 | Brian Jarrard | FedEx |
| 1 | USAO_0004236 | USAO_0004583 | Defendant TT calls PDFS - Rodrie Walton | February 25, 2021 | Brian Jarrard | FedEx |
| 1 | USAO_0004584 | USAO_0004674 | Defendant TT calls PDFS - Shaquille Bentley | February 25, 2021 | Brian Jarrard | FedEx |
| 1 | USAO_0004675 | USAO_0007629 | TT1 - Lockett - ALL CALLS | February 25, 2021 | Brian Jarrard | FedEx |
| 1 | USAO_0007630 | USAO_0009901 | TT2 - Owens - ALL CALLS | February 25, 2021 | Brian Jarrard | FedEx |
| 1 | USAO_0009902 | USAO_0010564 | TT3 - Raines - ALL CALLS | February 25, 2021 | Brian Jarrard | FedEx |
| 1 | USAO_0010565 | USAO_0011225 | TT4 - Davis - ALL CALLS | February 25, 2021 | Brian Jarrard | FedEx |
| 1 | USAO_0011226 | USAO_0011316 | TT5 - Carter - ALL CALLS | February 25, 2021 | Brian Jarrard | FedEx |
| 1 | USAO_0011317 | USAO_0014380 | Derrick Owens | February 25, 2021 | Brian Jarrard | FedEx |
| 1 | USAO_0014381 | USAO_0016575 | Dog Fighter Calls-PDFS | February 25, 2021 | Brian Jarrard | FedEx |
| 1 | USAO_0016575.1 | USAO_0107419 | Jarvis LOCKETT | February 25, 2021 | Brian Jarrard | FedEx |
| 1 | USAO_0107420 | USAO_0163095 | Jason CARTER | February 25, 2021 | Brian Jarrard | FedEx |
| 1 | USAO_0163096 | USAO_0163096 | Bates number intentionally not used | February 25, 2021 | Brian Jarrard | FedEx |
| 1 | USAO_0163097 | USAO_0163533 | Lekey DAVIS | February 25, 2021 | Brian Jarrard | FedEx |
| 1 | USAO_0163534 | USAO_0163537 | Location and defendant pics | February 25, 2021 | Brian Jarrard | FedEx |
| 1 | USAO_0163538 | USAO_0163630 | Recorded dogfights | February 25, 2021 | Brian Jarrard | FedEx |
| 1 | USAO_0163631 | USAO_0164220 | Rodric WALTON | February 25, 2021 | Brian Jarrard | FedEx |
| 1 | USAO_0164221 | USAO_0164282 | Shaquille Bentley | February 25, 2021 | Brian Jarrard | FedEx |
| 1 | USAO_0163283 | USAO_0164302 | Title III OEO coversheets and ag order implementation letters | February 25, 2021 | Brian Jarrard | FedEx |

U.S. vs. Lockett, et al.  2020R00006
Government's Discovery Index

| Volume | BegDoc# | EndDoc# | Description | Date Produced | Sent to | Delivered via |
|---|---|---|---|---|---|---|
| 1 | USAO_0164303 | USAO_0164308 | TT1 ▇-3922 All calls-linesheets | February 25, 2021 | Brian Jarrard | FedEx |
| 1 | USAO_0164309 | USAO_0164311 | TT2 ▇-0309 All calls-linesheets | February 25, 2021 | Brian Jarrard | FedEx |
| 1 | USAO_0164312 | USAO_0166810 | TT3 ▇-7745 All calls-linesheets | February 25, 2021 | Brian Jarrard | FedEx |
| 1 | USAO_0166811 | USAO_0173182 | TT4 ▇-4313 all calls and linesheets | February 25, 2021 | Brian Jarrard | FedEx |
| 1 | USAO_0173183 | USAO_0174231 | TT5 ▇-4446 All calls-linesheets | February 25, 2021 | Brian Jarrard | FedEx |
| 1 | USAO_0174232 | USAO_0174274 | Vernon VEGAS | February 25, 2021 | Brian Jarrard | FedEx |
| 1 | USAO_0174275 | USAO_0174280 | Lockett- Proof of Incarceration | February 25, 2021 | Brian Jarrard | FedEx |
| 1 | USAO_0174281 | USAO_0175883 | Dog fighter calls extra folder | February 25, 2021 | Brian Jarrard | FedEx |
| 1 | USAO_0175884 | USAO_0178195 | US Marshal Animal Seizure Team Reports | February 25, 2021 | Brian Jarrard | FedEx |
| 1 | USAO_0178196 | USAO_0179105 | USDA Dog fights | February 25, 2021 | Brian Jarrard | FedEx |
| 1 | USAO_0179106 | USAO_0179185 | USDA Electronic Devices - Updated SW | February 25, 2021 | Brian Jarrard | FedEx |
| 1 | USAO_0179186 | USAO_0180057 | USDA Target Folders Armand David - ▇ | February 25, 2021 | Brian Jarrard | FedEx |
| 1 | USAO_0180058 | USAO_0181525 | USDA Target Folders Christopher Raines - ▇ | February 25, 2021 | Brian Jarrard | FedEx |
| 1 | USAO_0181526 | USAO_0184531 | USAD Target Folders Derrick Owens - ▇ | February 25, 2021 | Brian Jarrard | FedEx |
| 1 | USAO_0184532 | USAO_0187966 | USDA Target Folders Jarvis Lockett - ▇ | February 25, 2021 | Brian Jarrard | FedEx |
| 1 | USAO_0187967 | USAO_0188175 | USDA Target Folders Jasper Ivey - ▇ | February 25, 2021 | Brian Jarrard | FedEx |

U.S. vs. Lockett, et al.  2020R00006

**Government's Discovery Index**

| Volume | BegDoc# | EndDoc# | Description | Date Produced | Sent to | Delivered via |
|---|---|---|---|---|---|---|
| 1 | USAO_0188176 | USAO_0188483 | USDA Target Folders Lee Benney - ███ | February 25, 2021 | Brian Jarrard | FedEx |
| 1 | USAO_0188484 | USAO_0188996 | USDA Target Folders Orlando Johnson | February 25, 2021 | Brian Jarrard | FedEx |
| 1 | USAO_0188997 | USAO_0190218 | USDA Target Folders Reginald Crimes - ███ | February 25, 2021 | Brian Jarrard | FedEx |
| 1 | USAO_0190219 | USAO_0191176 | USDA Target Folders Rodrie Walton - ███ | February 25, 2021 | Brian Jarrard | FedEx |
| 1 | USAO_0191177 | USAO_0191894 | USDA Target Folders Shelley Johnson - ███ | February 25, 2021 | Brian Jarrard | FedEx |
| 1 | USAO_0191895 | USAO_0192007 | Cocaine Conspiracy Calls Defendants - GDOC Proof of Incarceration WireLog.Locket | February 25, 2021 | Brian Jarrard | FedEx |
| 1 | USAO_0192008 | USAO_0192089 | DEA  2-26-20  ███  SW photos  LOCKETT | February 25, 2021 | Brian Jarrard | FedEx |
| 1 | USAO_0192090 | USAO_0192348 | USDA Documents | February 25, 2021 | Brian Jarrard | FedEx |
| 1 | USAO_0192349 | USAO_0192376 | Additional Discovery 1-6-21 Phone Summary | February 25, 2021 | Brian Jarrard | FedEx |