IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON and COLUMBUS DIVISIONS

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **CASE NO. 5:21-CR-003-TES** |
| : | |
| **ARMARD DAVIS** : | |
| : | |

## AMENDED SCHEDULING ORDER

This matter is before the Court pursuant to the parties' joint motion to (1) continue the trial date and (2) extend deadlines in the Court's Scheduling Order at Docket Entry 415. The motion is **GRANTED**.

The indictment names eleven (11) defendants in one hundred and thirty-six (136) counts. This case involves an investigation that began in mid-2019 and included controlled purchases of cocaine and cocaine base, wiretap interceptions from five (5) phone lines, and a number of search warrants of premises, and electronic devices. With the exception of Defendant Armard Davis, the cases against the other defendants have been resolved.

The charges in this case include cocaine and cocaine base distribution conspiracy, substantive counts of possession with intent to distribute cocaine and cocaine base, conspiracy to participate in an animal fighting venture, as well as substantive counts of sponsoring and exhibiting a dog in an animal fighting venture, and possession of animals for animal fighting venture.

On October 6, 2021, the Court held a hearing regarding an ex parte motion to withdraw as attorney. Doc. 322. Following the hearing, the Court granted the motion, and indicated that it would appoint another attorney to represent Defendant. *Id.* On October 18, 2021, Bruce S. Harvey filed a notice of appearance to represent Defendant. Doc. 332.

The discovery in this case is voluminous. The materials amount to over 690 gigabytes of information including documents, photographs, audio and video recordings, and intercepted calls and text messages from five separate phone lines. On October 21, 2021, the Government provided discovery to counsel for Defendant. Doc. 333.

On November 16, 2021, Defendant was charged in a separate case in this district (5:21-CR-63-MTT). The indictment in that case charges Defendant with conspiracy to distribute controlled substances and possession of methamphetamine with intent to distribute. Eight other co-defendants are named in the indictment. On February 10, 2022, Bruce S. Harvey filed a notice of appearance to represent Defendant in that case. Doc. 129.

On February 15, 2022, the Court granted Defendant's motion to continue the March 14, 2022 trial, Doc. 398, and set the case for trial beginning on June 13, 2022, Doc. 400. The Court further deemed the corresponding delay excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161, specifically, 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(i), 3161(h)(7)(B)(ii), and 3161(h)(7)(B)(iv).

On May 2, 2022, the parties filed a joint motion to continue the June 13, 2022, trial date. For good cause shown, the Court grants the motion, hereby continues the trial to begin on October 3, 2022, and deems the corresponding delay excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161, specifically, 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(i), 3161(h)(7)(B)(ii), and 3161(h)(7)(B)(iv).

The Court further amends and supplements the Scheduling Order as follows:

| Date | Event |
| --- | --- |
| 09/15/2022 | Requests to Charge due; Proposed verdict form due; Motion in limine responses due; Voir dire objections due. |
| 09/22/2022 | Final pretrial conference and motions hearing on all pending motions. |

| | |
|---|---|
| 09/30/2022 | Counsel shall email a proposed exhibit list and a proposed witness list to the courtroom deputy with a copy to opposing counsel at Cheryl_Collins@gamd.uscourts.gov no later than NOON; Electronic evidence files should be provided to the courtroom deputy no later than NOON. Please review the Court website page regarding courtroom technology http://www.gamd.uscourts.gov/technology, specifically the instructions concerning the Jury Evidence Recording System (JERS). All *Jencks* material including the grand jury testimony of witnesses who will be testifying at trial due. Failure to disclose being excused for good cause during trial. |
| 10/03/2022 | Trial commences. |

Except as modified in this Amended Scheduling Order, the standard pre-trial order remains in effect.

**IT IS SO ORDERED**, this 5th day of May, 2022.

/S/ Tilman E. Self, III
TILMAN E. SELF, III
UNITED STATES DISTRICT JUDGE