IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ARMARD DAVIS,<br><br>*Defendant.* | CRIMINAL ACTION NO.<br>5:21-cr-00003-TES-CHW-4 |

## ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL IN THE INTERESTS OF JUSTICE

Before the Court is an Unopposed Motion to Continue [Doc. 442], filed by Defendant Armard Davis. Defendant's counsel is also lead counsel for another defendant in *State of Georgia v. Quamarvious Nichols*, Case No. 22SC183572, which is scheduled for trial in January 2023, before Judge Glanville, in the Fulton County Superior Court. This is a RICO case with multiple defendants. The trial is anticipated to last 3–5 months. *See* [Doc. 442-2 (captioned as *"The State of Georgia v. Kahlieff Adams, et al[.]"*)]. Because of this conflict, Defendant's counsel is unavailable to appear at the pretrial conference and trial as they are currently scheduled. Additionally, the parties are currently engaged in plea negotiations and need additional time to attempt to resolve this case.

Accordingly, the Court **GRANTS** Defendant's Unopposed Motion to Continue [Doc. 442], and this case and its pretrial conference are **CONTINUED** to June 12, 2023.

*See* 18 U.S.C. §§ 3161(h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv). The ends of justice served by this continuance outweigh the best interests of the public and Defendant in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 3rd day of January, 2023.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
