IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 5:21-CR-03 (TES) |
| | : | |
| ARMARD DAVIS, a/k/a BLACK JACK | : | |
| | : | |
| Defendant | : | |

## ORDER AUTHORIZNG DISCOVERY

This matter having come before the Court upon the United States' Motion for an Order Authorizing Discovery under Federal Rules of Criminal Procedure, Rules 32.2(b)(3) and (c)(1)(B);

The Court finds, based on the United States' submissions, that such discovery is necessary or desirable under FED. R. CRIM. P. 32.2(c)(1)(B) to resolve factual issues concerning the following property: one (1) 1973 Chevrolet Caprice, Vehicle Identification Number (VIN): 1N47R3J171958.

IT IS HEREBY ORDERED that pursuant to FED. R. CRIM. P. 32.2(c)(1)(B), the parties may conduct discovery in accordance with the Federal Rules of Civil Procedure, for the purpose set forth above. The discovery in this ancillary proceeding shall be completed within forty-five (45) days, and shall set to expire on ___10 October___, 2023.

SO ORDERED, this __29__ day of __August__, 2023.

_____
TILMAN E. SELF, III, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

PREPARED BY:

PETER D. LEARY
UNITED STATES ATTORNEY

*/s/ Sean S. Deitrick* _____
SEAN S. DEITRICK
Assistant United States Attorney
Tennessee Bar Number: 32064
Washington D.C. Bar Number: 1030533

2