IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CASE NO.: 5:21-CR-03 (TES) |
| | : |
| ARMARD DAVIS, a/k/a "BLACK JACK", | : |
| Defendant, | : |
| | : |
| CLEETA R. DAVIS | : |
| Petitioner. | : |

### ORDER TO EXTEND TIME FOR PETITIONER'S RESPONSES TO THE GOVERNMENT'S DISCOVERY REQUESTS AND FOR DISCOVERY IN THE ANCILLARY PROCEEDING

The United States' Unopposed Motion to Extend Time for Petitioner's Responses to the Government's Discovery Requests and for Discovery in the Ancillary Proceeding in the above-styled case having been read and considered, the Court finds the request to be reasonable and justified.

IT IS HEREBY ORDERED that Petitioner Cleeta R. Davis shall respond to the Government's discovery requests no later than October 24, 2023, and the Parties shall complete discovery no later than November 9, 2023.

SO ORDERED this **10** day of **Oct**, 2023.

TILMAN E. SELF, III, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

PREPARED BY:

PETER D. LEARY
UNITED STATES ATTORNEY


/s/ Sean S. Deitrick
SEAN S. DEITRICK
Assistant United States Attorney
Tennessee Bar Number: 32064
Washington D.C. Bar Number: 1030533