IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CASE NO.: 5:21-CR-03 (TES) |
| | : |
| ARMARD DAVIS, a/k/a "BLACK JACK", | : |
| Defendant, | : |
| | : |
| CLEETA R. DAVIS | : |
| Petitioner. | : |

## CONSENT ORDER

The United States of America and *pro se* Petitioner Cleeta R. Davis (hereinafter "Petitioner" or "Davis") (collectively, "the Parties") have executed and presented to the Court a Stipulation for Compromise Settlement and Release of Claims ("Stipulation") which is attached hereto and made a part of this Order, in which they agreed that the United States shall transfer/release the following vehicle to Petitioner Davis, upon satisfying the conditions of the Stipulation, to wit: one (1) 1973 Chevrolet Caprice, Vehicle Identification Number (VIN): 1N47R3J171958.

Accordingly, the Court hereby makes the following Findings of Fact and Conclusions of Law:

1. The Court has jurisdiction of this matter pursuant to 18 U.S.C. § 3231, and venue is proper pursuant to 18 U.S.C. § 3232 and FED. R. CRIM. P. 18.

15

2.  On April 28, 2023, the United States Attorney in the Middle District of Georgia, and the Assistant Attorney General for the Environment and Natural Resources Divison returned a two-count Superseding Information [Doc. 455] against the Defendant, Armard Davis, a/k/a "Black Jack" (hereinafter referred to as the "Defendant" or "Davis"). Count One of the Superseding Information charged that Davis, knowingly and intentionally combined, conspired, and agreed together and with others, both known and unknown to the United States Attorney and the Assistant Attorney General, to knowingly and intentionally possess with the intent to distribute more than five (5) grams of methamphetamine, a Schedule II substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii); all in violation of Title 21, United States Code, Section 846. *Id.* at p. 1. Count Two of the Superseding Information charged that Davis did knowingly and intentionally conspire, confederate, and agree with persons known and unknown to the United States, to commit the following offenses: (1) sponsoring and exhibiting an animal in an animal fighting venture, contrary to Title 7, United States Code, Section 2156(a)(1) and Title 18, United States Code, Section 49; and (2) possessing, training, transporting, delivering, and receiving any animal for purposes of having the animal participate in an animal fighting venture, contrary to Title 7, United States Code, Section 2156(b) and Title 18, United States Code, Section 49. All in violation of Title 18, United States Code, Section 371, in connection with Title 7, United States Code, Sections 2156(a)(1) and 2156(b) and Title 18, United States Code, Section 49. *Id.* at pp. 2-4.

3. The Superseding Information included a generic Forfeiture Notice, which notified Defendant Davis that upon conviction of the offense(s) set forth in Count One of the Superseding Information, he would be required to forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly and indirectly, as a result of such offense(s), and any property, real or personal, used, or intended to be used in any manner or part to commit, or to facilitate the commission of, the offense(s). *Id.* at pp. 4-5.

4. On April 28, 2023, Defendant pled guilty to Counts One and Two of the Superseding Information charging Davis with Conspiracy to Possess with Intent to Distribute Controlled Substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii); all in violation of Title 21, United States Code, Section 846, and Conspiracy to Participate in an Animal Fighting Venture, in violation of Title 18, United States Code, Section 371, in connection with Title 7, United States Code, Sections 2156(a)(1) and 2156(b) and Title 18, United States Code, Section 49. *See* Docs. 457-458. As part of the Plea Agreement, the Defendant consented to the forfeiture of one (1) 1973 Chevrolet Caprice, Vehicle Identification Number (VIN): 1N47R3J171958 (hereinafter referred to as the "subject property" or "Chevrolet Caprice"). Doc. 458 at pp. 9-11.

5. Accordingly, on May 31, 2023, the United States filed a Motion for the Issuance of a Preliminary Order of Forfeiture [Doc. 463], pursuant to Rule 32.2(b) of the Federal Rules of Criminal Procedure for the entry of a forfeiture order. On June 1, 2023, the Court entered a Preliminary Order of Forfeiture [Doc. 464] as to the subject property.

6. Upon the issuance of the forfeiture order, the United States published notice of the Preliminary Order of Forfeiture on the Government's official Internet website, www.forfeiture.gov, and sent direct notice to any person, other than the Defendant, having or claiming a legal interest in the subject property, advising such person of his or her right to file a petition contesting the forfeiture in accordance with Rule 32.2(c) of the Federal Rules of Criminal Procedure, and Title 21, United States Code, Section 853(n). This notice stated that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the subject property, shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited subject property and any additional facts supporting the petitioner's claim and the relief sought.

7. On July 21, 2023, Petitioner Davis filed a *pro se* Notice of Property Claim [Doc. 487] asserting her interest as the titled owner of the Chevrolet Caprice. A copy of the Georgia Certificate of Title for the Chevrolet Caprice was attached to the claim to which it showed the vehicles was purchased by Ms. Davis on April 1, 2019, and title was issued on February 1, 2021. No other petitions have been filed.

8. There is sufficient evidence to warrant a conclusion, by a preponderance of evidence standard, that the Defendant Property claimed by Claimant is subject to forfeiture in accordance with 21 U.S.C. § 853.

THEREFORE, IT IS HEREBY ORDERED THAT:

18

1. The *substitute res* payment of six thousand, eighty-two dollars ($6,082.00) made by Petitioner Davis to the United States Marshals Service shall be forfeited in lieu of the 1973 Chevrolet Caprice, Vehicle Identification Number (VIN): 1N47R3J171958.

2. All right, title, and interest of Petitioner in the *substitute res* payment of six thousand, eighty-two dollars ($6,082.00) is hereby forfeited to the United States.

3. All other right, title, and interest in t *substitute res* payment of six thousand, eighty-two dollars ($6,082.00) is hereby forfeited to and vested in the United States, which shall have clear title to this property and may warrant good title to any subsequent transferee.

4. The United States Attorney General or his authorized designee shall dispose of the *substitute res* payment of six thousand, eighty-two dollars ($6,082.00) in accordance with the law.

5. The USMS shall coordinate the release/transfer of the 1973 Chevrolet Caprice, Vehicle Identification Number (VIN): 1N47R3J171958, to Petitioner Cleeta R. Davis, 407 Vienna Street, Fort Valley, Georgia, 31030.

6. Pursuant to 28 U.S.C. § 2465, no parties shall be entitled to costs, including any costs under 28 U.S.C. § 2412, nor shall the person or persons who made the seizure of the Chevrolet Caprice, nor any attorney, agent, or employee of the United States, be liable to suit or judgment on account of the seizure of the Defendant Property or prosecution of the instant forfeiture action, there being reasonable cause shown for the seizure.

SO ORDERED, this 28th day of November, 2023.

_____
TILMAN E. SELF, III, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

THE ENTRY OF THE FOREGOING ORDER IS CONSENTED TO BY:

PETER D. LEARY
UNITED STATES ATTORNEY

_____
SEAN S. DEITRICK
Assistant United States Attorney
Tennessee Bar Number: 32064
Washington D.C. Bar Number: 1030533
ATTORNEY FOR PLAINTIFF

_____
CLEETA R. DAVIS
407 Vienna Street
Fort Valley, Georgia 31030
*PRO SE* PETITIONER

20