IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CASE NO. 5:21-CR-03 (TES) |
| ARMARD DAVIS, a/k/a BLACK JACK | : |
| Defendant | : |

**FINAL ORDER OF FORFEITURE**

On June 1, 2023, pursuant to 21 U.S.C. § 853, 18 U.S.C. § 3554, and Federal Rule of Criminal Procedure 32.2(b), this Court entered a Preliminary Order of Forfeiture against Defendant Armard Davis, a/k/a Black Jack. The property subject to forfeiture included, but was not limited to the following, to wit: one (1) 1973 Chevrolet Caprice, Vehicle Identification Number (VIN): 1N47R3J171958 (hereinafter referred to as the "subject vehicle").

Pending now before the Court is the United States' Motion and Memorandum for Final Order of Forfeiture.

The Court hereby makes the following FINDINGS OF FACT AND CONCLUSIONS OF LAW:

1. This Court has jurisdiction of this matter pursuant to 18 U.S.C. § 3231, and venue is proper pursuant to 18 U.S.C. § 3232 and Fed. R. Crim. P. 18.

2. The United States has furnished due and legal notice of these proceedings as required by law by sending direct notice to any person, other than the Defendant, that may have or claim a legal interest in the subject vehicle, and by causing publication of notice of forfeiture and the intent of the United States to dispose of the property in accordance with the law.

3. The notice of forfeiture provided that any persons or entities having or claiming a legal right, title or interest in the property, within thirty (30) days of receipt of the notice, or no later than sixty (60) days from the first day of publication on the official internet government forfeiture website, www.forfeiture.gov, whichever is earlier, must petition the United States District Court for the Middle District of Georgia for a hearing to adjudicate the validity of his or her alleged interest in the property pursuant to 21 U.S.C. § 853(n).

4. On July 21, 2023, *Pro Se* Third-Party Petitioner, Cleeta Davis ("Petitioner"), filed a Claim Form asserting her interest in the subject vehicle.

5. On November 27, 2023, the United States filed a Stipulated Settlement Agreement and Release of Claims entered into between the Government and Petitioner to compromise and settle any interest in the subject vehicle and a Motion for Entry of Consent Order. On November 28, 2023, the Court entered a Consent Order, in which the United States agreed to the forfeiture of a substitute res payment in the amount of six thousand, eighty-two dollars ($6,082.00) in lieu of the subject vehicle, and agreed to

transfer/release the subject vehicle to Petitioner Davis, upon satisfying the conditions of the Stipulation, entry of the Consent Order, and entry of a final order of forfeiture.

7.  Prior to the entry of the aforementioned Stipulation, Petitioner Cleeta Davis mailed two cashier's checks to the United States Marshals Service ("USMS") in the total amount of $6,082.00, which are currently being held by the USMS until the entry of a final order of forfeiture. The conditions of the Stipulation have been satisfied.

8.  No other persons or entities filed third-party petitions asserting claims or interests in the subject vehicle, and the time for filing such petitions has now expired.

THEREFORE, IT IS HEREBY ORDERED THAT:

1.  In consideration of the substitute *res* payment in the amount of six thousand, eighty-two dollars ($6,082.00) made by the Petitioner to the United States, in accordance with the provisions of the Stipulated Settlement Agreement and Release of Claims entered between the parties and the Consent Order, the USMS shall now release the subject vehicle, described as one (1) 1973 Chevrolet Caprice, Vehicle Identification Number (VIN): 1N47R3J171958, to *Pro Se* Third-Party Petitioner, Cleeta Davis, 407 Vienna Street, Fort Valley, Georgia 31030. The release of the subject vehicle shall be in full settlement and final satisfaction of any and all claims the Petitioner may have or hereinafter have to the subject vehicle.

2.  Except as provided in paragraph 1 of this section, the Court's November 28, 2023, Preliminary Order of Forfeiture is final and all right, title, and interest in the

substitute *res* payment in the amount of six thousand, eighty-two dollars ($6,082.00) is hereby forfeited to and vested in the United States, to be disposed of in accordance with the law, pursuant to 21 U.S.C. § 853, 18 U.S.C. § 3554, and Rule 32.2, Federal Rules of Criminal Procedure.

    4.    The Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

    SO ORDERED, this 29th day of December, 2023.

    S/ Tilman E. Self, III
    TILMAN E. SELF, III, JUDGE
    UNITED STATES DISTRICT COURT
    MIDDLE DISTRICT OF GEORGIA

PREPARED BY:

PETER D. LEARY
UNITED STATES ATTORNEY

*/s/ Michael P. Morrill*
MICHAEL PATRICK MORRILL
Assistant United States Attorney
Georgia Bar Number: 545410